## Goodloe *v.* Holmes et al.

Actions for damages resulting from offences or quasi-offences, are prescribed by one year from the time when they were committed.

APEAL from the District Court of Carroll, *Mayo*, J. This action was instituted on the 26th of May, 1845. The acts complained of as designed to defraud the plaintiff, were committed, as the petitioner alleges, on the 3d of June, and 2d of September, 1843.

*Thomas*, *Prentiss*, and *Finney*, for the appellant. *Caldwell*, *Stacy*, and *Sparrow*, for the defendants. The judgment of the court was pronounced by

Eustis, C. J. This is an action for damages, resulting from alleged quasi-offences, committed by defendants to the injury of the plaintiff. The prescription of one year was pleaded ; the general issue was also pleaded, and a demand in reconvention was set up, in which it is charged that the present suit is vexatious and malicious, and instituted for the sole purpose of harrassing the defendants with a troublesome and expensive law-suit, and that they have suffered actual damages by being put to the expense of employing counsel to defend it and otherwise, to the amount of $1,000 each.

There was a verdict for the defendants in reconvention for $499 each, against the plaintiff, and costs of suit. There was a motion for a new trial, on the ground of the misconduct of the jury after their retirement to deliberate upon the verdict, which was disallowed, and the plaintiff has appealed.

This action is prescribed by lapse of time, and the case ought not to have gone to the jury, so far as relates to the demand of the plaintiff for damages. The conduct of the jury was such as to deprive their verdict of all the weight it would otherwise receive from this court, in a case of this kind. We think it erroneous, and not warranted by the evidence.

The judgment of the District Court is therefore reversed ; and judgment is entered for the defendants against the plaintiff in the principal suit, and for the plaintiff against the defendants in their demand in reconvention ; the plaintiff paying costs in the court below in the former suit, and the defendants those in the latter ; the costs of the appeal to be paid by the appellees.